IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
JEFFERSON CITY DIVISION

| | |
|---|---|
| LAURA L. MARSTON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-04243-CV-C-DW-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JUDGMENT IN A CIVIL CASE**

☐ Jury Verdict.  This action came before the Court for a trial by jury.

☒ Decision by Court.  This action came to trial or hearing before the Court.

The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that the Commissioner's decision denying Plaintiff the award of disability benefits is AFFIRMED pursuant to the Order entered by the Honorable Dean Whipple on 9/14/2011.

AT THE DIRECTION OF THE COURT

Dated: 9/15/2011
      Ann Thompson
      Court Executive

      /s/Joella Baldwin
      By: Deputy Clerk